**Ⓜ Dwyer & Collora, LLP**

600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

January 11, 2010

Daniel J. Cloherty
(617) 371-1003
dcloherty@dwyercollora.com

**BY HAND**

Clerk of the Court
U.S. District Court for the
District of Massachusetts
John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Dear Clerk of the Court:

    We are writing on behalf of Ventura Content AVV ("Ventura") to obtain a subpoena issued by the Clerk of this Court pursuant to 17 U.S.C. § 512(h).

    Ventura is the owner of copyrights in a significant number of video works (the "Works"). Ventura actively seeks to protect its rights against individuals using the Internet to infringe its copyrights. We have uncovered a large-scale copyright infringer operating a website, www.keezmovies.com, at the IP addresses 64.88.251.34, 64.88.251.177, 64.88.251.178, 64.88.252.167, 64.88.252.212, 64.88.252.214, and 64.88.254.225 at 2:00 p.m., December 4, 2009 (the "infringing website.") The infringing website hosts and distributes a number of video files corresponding to Ventura's copyrighted Works. Collectively, works owned by Ventura have been illegally accessed millions of times in violation of longstanding principles direct and secondary liability under the copyright laws. *See Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *In re Aimster Copyright Litig.*, 334 F.2d 643 (7th Cir. 2003); *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004 (9th Cir. 2001). Furthermore, the infringing website has failed to respond to a valid take down notice, and as a result may be liable for direct infringement. Publicly available information indicates that the website is being hosted by Swiftwill, Inc., an internet service provider (ISP) with a principal place of business in Waltham, MA.

    Ventura can learn the identities of those behind this infringing website only by obtaining such information from the infringers' ISP. The Digital Millennium Copyright Act of 1998 ("DMCA") provides a method for expeditiously obtaining such information from an ISP.

Clerk of the Court
January 11, 2010
Page 2

      Pursuant to 17 U.S.C. §512(h), a copyright owner or its agent may obtain a subpoena ("DMCA Subpoena") from the Clerk of any United States District Court for the purpose of seeking the identity of an alleged copyright infringer. Section 512(h)(4) provides that "the clerk shall expeditiously issue and sign the proposed subpoena" upon presentation of three documents in proper form: (i) a copy of a DMCA notice of copyright infringement, §512(h)(2)(A); (ii) a proposed subpoena, §512(h)(2)(B); and (iii) a sworn declaration meeting the requirements of §512(h)(2)(C).

      On behalf of Ventura, we are seeking to obtain a DMCA Subpoena, issued by the Clerk of this Court, to serve on Swiftwill, Inc. to learn the identity of the individuals behind the infringing website. With this letter, we are providing a DMCA notification, a proposed subpoena, and a declaration satisfying the requirements of the DMCA.

      As required by the DMCA, the notification specifies a representative list of the copyrighted works that are the subject of infringing activity on the ISP's network, identifies the allegedly infringing material to be removed, and provides the ISP with information sufficient to locate the material. The declaration attests, on penalty of perjury, that the purpose of the subpoena is to obtain the identity of an alleged copyright infringer and that information obtained in response to the subpoena will be used only to protect rights under the Copyright Act.

      Because of the irreparable harm to Ventura by ongoing copyright infringement and the DMCA's command that DMCA subpoenas be issued and complied with "expeditiously," we request that the Clerk's office issue this subpoena as soon as possible. If you have any questions, please do not hesitate to call me at (617) 371-1003.

      Sincerely,

      Daniel J. Cloherty

Encl.

**JENNER&BLOCK**

January 7, 2010

BY EMAIL

Lawrence G. Walters, Esq.
DMCA Agent for Swiftwill, Inc.
Weston, Garrou & DeWitt
781 Douglas Avenue,
Altamonte Springs, FL 32714

Jenner & Block LLP          Chicago
919 Third Avenue            Los Angeles
37th Floor                  New York
New York, NY 10022-3908     Washington, DC
Tel 212 891-1600
www.jenner.com

Gianni P. Servodidio
Tel: 212 891-1620
Fax: 212 909-0837

10MBD10008

Re: **DMCA Notification of Copyright Infringement at www.keezmovies.com**

Dear DMCA Designated Agent:

  We are contacting you on behalf of Ventura Content AVV ("Ventura"). Ventura is the owner of copyrights in a significant number of adult video works (the "Works"). Under penalty of perjury, we submit that we are authorized to act on behalf of Ventura in matters involving the infringement of their Works, including enforcing their copyrights and common law rights on the Internet.

  We believe a customer of Swiftwill, Inc., whose website is hosted by Swiftwill, Inc., is engaged in extensive copyright infringement of Works owned by Ventura. That customer is operating a website, www.keezmovies.com, at the IP addresses 64.88.251.34, 64.88.251.177, 64.88.251.178, 64.88.252.167, 64.88.252.212, 64.88.252.214, and 64.88.252.225 at 2:00 p.m., December 4, 2009 (the "infringing website"). The infringing website hosts and distributes a number of video files corresponding to Ventura's copyrighted Works, in violation of longstanding principles of inducement, contributory, and vicarious liability under the copyright laws. We have attached documentation concerning the above-described infringement including a representative list of Works that are being infringed by the infringing website and information sufficient to enable you to identify the website operator. We have a good faith belief that the above-described activity is not authorized by the copyright owners, their agent, or the law.

  We are asking for your immediate assistance in stopping this unauthorized activity.

  You should understand that this letter constitutes notice to you that this website operator may be liable for the infringing activity occurring on your system or network. In addition, if you ignore this notice, you and/or your company may also be liable for any resulting infringement. This letter does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly reserved. We assert that the information in this notification is accurate, based on information available to us.

Lawrence G. Walters, Esq.
January 7, 2010
Page 2

      Thank you in advance for your prompt assistance in this matter. If you have any questions, please feel free to contact me via e-mail at gps@jenner.com, via telephone at 212-891-1620, or via mail at the address above.

                                                Sincerely,

                                                Gianni P. Servodidio

Encl.

Lawrence G. Walters, Esq.
January 7, 2010
Page 3

## Infringement on Website www.keezmovies.com

| Ventura Work | URL |
|---|---|
| TFC Vol 9 | http://www.keezmovies.com/440743 |
| HFLS Vol 1 | http://www.keezmovies.com/434290 |
| TFC Vol 8 | http://www.keezmovies.com/439785 |
| ASP Vol 1 | http://www.keezmovies.com/422829 |

## DECLARATION OF ALLISON VIVAS

TUCSON, AZ      )
                )
                )

I, Allison Vivas, the undersigned, declare that:

1.  I am the Authorized Representative for Ventura Content AVV ("Ventura"). Ventura is the owner of copyrights in and to a significant number of video works. I am authorized to act for Ventura on matters involving infringement of their copyrighted video works.

2.  Pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h), Ventura is requesting the attached proposed subpoena that would require Swiftwill, Inc., an Internet service provider, to disclose the identity, including the name, address, telephone number, and e-mail address, of the user operating at the following Internet addresses:

    IP addresseses 64.88.251.34, 64.88.251.177, 64.88.251.178, 64.88.252.167, 64.88.252.212, 64.88.252.214, and 64.88.254.225 on 12/4/2009 at 2:00 p.m. (EST)

3.  The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this IP address who is infringing the copyrights of Ventura. This information will only be used for the purposes of protecting the rights owned by and granted to Ventura under the Copyright Act.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed in Tucson, AZ, on December 21, 2009

_____
Allison Vivas

29086.1

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Ventura Content AVV | )
*Plaintiff* | ) Civil Action No. **10MBD10008** |
| v. | ) |
| Swiftwill, Inc. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES

To: Network Administrator, Swiftwill, Inc.,
395 Totten Pond Rd, Suite 302, Waltham, MA 02451

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
Information, including name, address, telephone number and e-mail address, sufficient to identify the operator of the website at the IP addresses listed in the attached Schedule A.

| Place: Daniel J. Cloherty, Dwyer & Collora LLP 600 Atlantic Avenue, Boston, MA 02210 | Date and Time: 01/29/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 1/12/10

_____
*Signature of Clerk or Deputy Clerk*     OR     _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Ventura Content AVV _____, who issues or requests this subpoena, are:

Daniel J. Cloherty, Dwyer & Collora LLP, 600 Atlantic Avenue, Boston, MA 02210, dcloherty@dwyercollora.com, 617-371-1003